```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION


DORA F. CHAVEZ                                      PLAINTIFF

     v.              Case No. 05-2098

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON; and ALLIED DOMECQ
SPIRITS & WINES USA, INC. EMPLOYEE
BENEFIT PLAN
                                                   DEFENDANTS
```

### **JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' decision to deny benefits is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 27th day of September 2006.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge